429 A.2d 61

Hall, Appellant v. Penna Mfg. Association Ins. Co.

Argued December 3, 1979.  Allen L. Feingold, for appellant;  James J. Donahue, for appellee.

Before SPAETH, CAVANAUGH and O'KICKI, JJ.*

Order affirmed.